Matter of Haller (2025 NY Slip Op 00711)

Matter of Haller

2025 NY Slip Op 00711

Decided on February 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 6, 2025

PM-33-25
[*1]In the Matter of Rochelle Lyn Haller, an Attorney. (Attorney Registration No. 4104303)

Calendar Date:February 3, 2025

Before:Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Fisher, JJ.

Rochelle Lyn Haller, Sammamish, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Rochelle Lyn Haller was admitted to practice by this Court in 2003 and lists a business address in Seattle, Washington with the Office of Court Administration.[FN1] Haller now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Haller's application.
Upon reading Haller's affidavit sworn to November 26, 2024 and filed December 4, 2024, and upon reading the January 30, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Haller is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Rochelle Lyn Haller's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Rochelle Lyn Haller's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Rochelle Lyn Haller is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Haller is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Rochelle Lyn Haller shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.

Footnotes

Footnote 1: Haller previously resigned from the New York bar by August 2018 order of this Court (164 AD3d 1045 [3d Dept 2018]), but was thereafter reinstated by our order dated November 24, 2021 (199 AD3d 1299 [3d Dept 2021]).